No. 10–7091. VINES *v.* JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 10–7092. IRICK *v.* TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 10–7093. PARKER *v.* LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 10–7094. PETE *v.* WHITE, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 10–7095. BATISTE *v.* CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 10–7103. LAMBRIX *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 10–7104. HAMMOND *v.* UPTON, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 10–7105. STOEVER *v.* TECH USA ET AL. C. A. 5th Cir. Certiorari denied.

No. 10–7107. BURE *v.* MCCOLLUM, ATTORNEY GENERAL OF FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–7111. SONNTAG *v.* CLIFTON ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–7113. RIVERA *v.* PENNSYLVANIA DEPARTMENT OF CORRECTIONS ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–7117. EVANS *v.* FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 10–7121. DIAZ *v.* UNITED STATES ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–7122. FORE *v.* LAKESIDE BUSES OF WISCONSIN, INC. C. A. 7th Cir. Certiorari denied.

No. 10–7128. BELL *v.* WASHINGTON DEPARTMENT OF SOCIAL AND HEALTH SERVICES (two judgments). Ct. App. Wash. Certiorari denied.